FILED

SEP 2 4 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| MALKA RAUL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ANDEAVOR, GREGORY JAMES GOFF, JEFF A. STEVENS, PAUL L. FOSTER, WILLIAM H. SCHUMANN, EDWARD G. GALANTE, JIMMY W. NOKES, MARY PAT MCCARTHY, DAVID LILLEY, and RODNEY FRANK CHASE,<br><br>Defendants. | Civil Action No. 5:18-cv-0611-XR |

## ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

After having considered the Stipulation of Dismissal filed on September 21, 2018 by Plaintiff and Defendants, the Court finds that:

1. The above-captioned action (the "Action"), except with respect to a Fee and Expense Request, is dismissed in its entirety with prejudice as to Plaintiff only and without prejudice as to the members of the putative class.

2. Because the dismissal is with prejudice as to Plaintiff only, and not on behalf of a putative class, notice of this dismissal is not required.

3. The Court retains jurisdiction of the Action solely for the purpose of determining any application by Plaintiff in connection with her Fee and Expense Request, if the parties are unable to agree upon the same.

4.  This Order is entered without prejudice to any right, position, claim or defense any party may assert with respect to the Fee and Expense Request, which includes defendants' right to oppose the Fee and Expense Request.

5.  To the extent that the parties are unable to reach an agreement concerning the Fee and Expense Request, they may contact the Court regarding a schedule and hearing to present such application to the Court.

Signed this 24th day of September, 2018.

                                                  UNITED STATES DISTRICT JUDGE